FLETCHER C. ALFORD (SBN: 152314)
falford@gordonrees.com
PHILLIP K. WANG (SBN: 186712)
pwang@gordonrees.com
RYAN B. POLK (SBN: 230769)
rpolk@gordonrees.com
GORDON & REES, LLP
275 Battery Street, Suite 2000
San Francisco, California 94111
Telephone:   (415) 986-5900
Facsimile:   (415) 986-8054

Attorneys for Plaintiff
PUNTO OMEGA S.A. DE C.V.

ORIGINAL FILED
JUL - 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PUNTO OMEGA S.A. DE C.V., a Mexican corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN ROBERTO BRITTINGHAM-AGUIRRE a/k/a JOHN ROBERT BRITTINGHAM-AGUIRRE, an individual,<br><br>Defendant. | CASE NO. CV 08 3190<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br>**(CIVIL L.R. 3-16)** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: July 2, 2008

GORDON & REES, LLP

By: /s/ Phillip K. Wang
Phillip K. Wang
Attorneys for Plaintiff
PUNTO OMEGA S.A. DE C.V.

CERTIFICATION OF INTERESTED PARTIES