AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

PUNTO OMEGA S.A. DE C.V., a Mexican corporation

Plaintiff

v.

JUAN ROBERTO BRITTINGHAM-AGUIRRE a/k/a/ JOHN ROBERT BRITTINGHAM-AGUIRRE, an individual

Defendant

Civil Action No.

PJH

CV 08 3190

Summons in a Civil Action

To: *(Defendant's name and address)*
JUAN ROBERTO BRITTINGHAM-AGUIRRE a/k/a/ JOHN ROBERT BRITTINGHAM-AGUIRRE
10000 Brewery Gulch Road
Mendocino, California 95460

A lawsuit has been filed against you.

Within twenty (20) days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Fletcher C. Alford
Phillip K. Wang
Ryan B. Polk
Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
(415) 968-5900

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JUL - 2 2008

Date: _____

Richard W. Wieking
Name of clerk of court

**ANNA SPRINKLES**
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

American LegalNet, Inc.
www.FormsWorkflow.com

EBPO/1049888/5781388v.1

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on \_\_ , _____
by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

American LegalNet, Inc.
www.FormsWorkflow.com

EBPO/1049886/5781388v.1