PHILLIP K. WANG
PWANG@GORDONREES.COM

# GORDON & REES LLP

ATTORNEYS AT LAW
EMBARCADERO CENTER WEST
275 BATTERY STREET, SUITE 2000
SAN FRANCISCO, CA 94111
PHONE: (415) 986-5900
FAX: (415) 986-8054
WWW.GORDONREES.COM

August 7, 2008

**VIA ELECTRONIC CASE FILING**

United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Punto Omega S.A. de C.V. v. Brittingham-Aguirre, Case No. C-08-3190 PJH

Dear Court Clerk:

Our law firm represents plaintiff Punto Omega S.A. De C.V. in the case referenced above. Pursuant to the Court's Order dated July 25, 2008, we are filing this letter to state that plaintiff does not consent to reassignment of this matter to Magistrate Judge Vadas.

Very truly yours,

GORDON & REES LLP

/s/ Phillip K. Wang

Phillip K. Wang

PKW:bs

EBPO/1049888/5862775v.1

SAN FRANCISCO ♦ SAN DIEGO ♦ LOS ANGELES ♦ ORANGE COUNTY ♦ SACRAMENTO ♦ PORTLAND ♦ SEATTLE
LAS VEGAS ♦ PHOENIX ♦ DENVER ♦ DALLAS ♦ HOUSTON ♦ CHICAGO ♦ NEW YORK ♦ LONG ISLAND ♦ NEWARK