AO 440 (Rev. 04/08) Civil Summons

COPY

# UNITED STATES DISTRICT COURT
for the
Northern District of California

PUNTO OMEGA S.A. DE C.V., a Mexican corporation
        Plaintiff
        v.
JUAN ROBERTO BRITTINGHAM-AGUIRRE a/k/a/ JOHN ROBERT BRITTINGHAM-AGUIRRE, an individual
        Defendant

Civil Action No. 08-CV-03190-PJH

**Amended Summons in a Civil Action**

To: *(Defendant's name and address)*
    JUAN ROBERTO BRITTINGHAM-AGUIRRE a/k/a/ JOHN ROBERT BRITTINGHAM-AGUIRRE
    10000 Brewery Gulch Road
    Mendocino, California  95460

A lawsuit has been filed against you.

    Within twenty (20) days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Fletcher C. Alford (SBN: 152314)
Phillip K. Wang (SBN: 186712)
Ryan B. Polk (SBN: 230769)
Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
(415) 968-5900

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                Richard W. Wieking
                Name of clerk of court

Date: 9·3·08

                **Felicia Reloba**
                Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

EBPO/1049888/5924273v.1

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, _____
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____
_____
_____.

My fees are $ _____ for travel and $_____ for services, for a total of $ 0.00._____

Date: _____

                                            _____
                                                       Server's signature

                                            _____
                                                       Printed name and title

                                            _____
                                                        Server's address

American LegalNet, Inc.
www.FormsWorkflow.com