1   FLETCHER C. ALFORD  (SBN:  152314)
    falford@gordonrees.com
2   PHILLIP K. WANG  (SBN:  186712)
    pwang@gordonrees.com
3   RYAN B. POLK (SBN: 230769)
    rpolk@gordonrees.com
4   GORDON & REES, LLP
    275 Battery Street, Suite 2000
5   San Francisco, California  94111
    Telephone:     (415) 986-5900
6   Facsimile:      (415) 986-8054

7   Attorneys for Plaintiff
    PUNTO OMEGA S.A. DE C.V.

8                   UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11  PUNTO OMEGA S.A. DE C.V., a Mexican        )   CASE NO. 08-CV-03190-PJH
    corporation,                              )
12                                            )   **STIPULATION AND [~~PROPOSED~~]**
                          Plaintiff,          )   **ORDER**
13                                            )
           vs.                                )
14                                            )
    JUAN ROBERTO BRITTINGHAM-                 )   Judge:  Hon. Phyllis J. Hamilton
15  AGUIRRE a/k/a JOHN ROBERT                 )
    BRITTINGHAM-AGUIRRE, an individual,       )
16                                            )
                          Defendant.          )
17  _____  )

18          The parties stipulate that plaintiff's motion for recognition of foreign judgment, originally

19  noticed for hearing before this Court on October 29, 2008, is re-scheduled for hearing on

20  November 12 at 9:00 a.m.

21          The parties further stipulate that defendants' motion to dismiss the first amended

22  complaint, originally noticed for hearing before this Court on October 29, 2008, is re-scheduled

23  for hearing on November 12 at 9:00 a.m.

24          The parties further stipulate that any opposition to the foregoing motions shall be filed on

25  or before Oct 22, 2008 and that any reply to the same shall be filed on or before October 29,

26  2008.

27          The parties further stipulate that good cause exists, as detailed in the Declaration of Ryan

28  B. Polk, to re-schedule these hearings.

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA  94111

1    IT IS SO STIPULATED.

2

3    Dated: October 7, 2008                    GORDON & REES LLP

4

5                                              /s/ Ryan B. Polk
                                               Ryan B. Polk
6                                              Attorneys for Plaintiff
                                               Punto Omega S.A. de C.V.

7

8    Dated: October 7, 2008                    LAW OFFICES OF MATTANIAH EYTAN

9

10                                             /s/ Howard Underwood
                                               Howard Underwood
11                                             Attorneys for Defendant
                                               Juan Roberto Brittingham-Aguirre

12

13       PURSUANT TO STIPULATION, IT IS SO ORDERED

14

15   Dated: October __15__, 2008

16

17

18   THE H_____HAMILTON

19

20

21

22                                    for Phyllis J. Hamilton

23

24

25

26

27

28

2

STIPULATION AND [PROPOSED] ORDER

CASE NO. 08-CV-03190-PJH

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111