1  FLETCHER C. ALFORD (SBN: 152314)
   falford@gordonrees.com
2  PHILLIP K. WANG (SBN: 186712)
   pwang@gordonrees.com
3  RYAN B. POLK (SBN: 230769)
   rpolk@gordonrees.com
4  GORDON & REES, LLP
   275 Battery Street, Suite 2000
5  San Francisco, California  94111
   Telephone:    (415) 986-5900
6  Facsimile:    (415) 986-8054

7  Attorneys for Plaintiff
   PUNTO OMEGA S.A. DE C.V.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PUNTO OMEGA S.A. DE C.V., a Mexican corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN ROBERTO BRITTINGHAM-AGUIRRE a/k/a JOHN ROBERT BRITTINGHAM-AGUIRRE, an individual,<br><br>Defendant. | CASE NO. 08-CV-03190-PJH<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>Judge: Hon. Phyllis J. Hamilton |

The parties stipulate that plaintiff's motion for recognition of foreign judgment, currently scheduled for hearing before this Court on November 12, 2008, is re-scheduled for hearing on November 26 at 9:00 a.m.

The parties further stipulate that defendants' motion to dismiss the first amended complaint, currently scheduled for hearing before this Court on November 12, 2008, is re-scheduled for hearing on November 26 at 9:00 a.m.

The parties further stipulate that the replies to the oppositions to the foregoing motions shall be filed on or before November 12, 2008.

The parties further stipulate that good cause exists, as detailed in the Declaration of Fletcher C. Alford, to re-schedule these hearings.

IT IS SO STIPULATED.

1

SENT BY: LAW OFFICES OF MATT EYTAN;    415 399 1088;    OCT-29-08 2:15PM;    PAGE 3/3

Dated: October 29, 2008

GORDON & REES LLP

/s/ Fletcher C. Alford
Fletcher C. Alford
Attorneys for Plaintiff
Punto Omega S.A. de C.V.

Dated: October 29, 2008

LAW OFFICES OF MATTANIAH EYTAN

Mattaniah Eytan
Attorneys for Defendant
Juan Roberto Brittingham-Aguirre

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: October 30, 2008

NO FURTHER CONTINUANCES OF THE HEARING WILL BE PERMITTED.

THE H[ONORABLE PHYLLIS J.] HAMILTON

IT IS SO ORDERED
Judge Phyllis J. Hamilton

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

STIPULATION AND [PROPOSED] ORDER

2

CASE NO. 08-CV-03190-PJH

Received  Oct-29-08  02:09pm    From-415 399 1088    To-GORDON & REES,LLP 4    Page 003

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 275 Battery Street, Suite 2000, San Francisco, CA 94111. On October 29, 2008, I served the within documents:

**STIPULATION AND [PROPOSED] ORDER;**

**DECLARATION OF FLETCHER C. ALFORD IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Francisco, addressed as set forth below.

☐ by placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery by FedEx as part of the ordinary business practices of Gordon & Rees LLP described below, addressed as follows:

Mattaniah Eytan, Esq.
Law Offices of Mattaniah Eytan
21 Tamal Vista Blvd., Suite 219
Corte Madera, CA 94925
Tel.: (415) 399-1000
Fax: (415) 399-1088
Email: office@eytanlaw.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 29, 2008, at San Francisco, California.

_____
Maria Deang