```
FLETCHER C. ALFORD  (SBN: 152314)
falford@gordonrees.com
PHILLIP K. WANG  (SBN: 186712)
pwang@gordonrees.com
RYAN B. POLK (SBN: 230769)
rpolk@gordonrees.com
GORDON & REES, LLP
275 Battery Street, Suite 2000
San Francisco, California  94111
Telephone:    (415) 986-5900
Facsimile:    (415) 986-8054

Attorneys for Plaintiff
PUNTO OMEGA S.A. DE C.V.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PUNTO OMEGA S.A. DE C.V., a Mexican corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>JUAN ROBERTO BRITTINGHAM-AGUIRRE a/k/a JOHN ROBERT BRITTINGHAM-AGUIRRE, an individual,<br><br>  Defendant. | CASE NO. 08-CV-03190-PJH<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>Judge: Hon. Phyllis J. Hamilton |

The parties stipulate as follows:

(1) To stay proceedings in this action (the "Stay") until a currently pending collateral attack on the judgment in Mexico has been resolved. The parties estimate that a determination by the Mexican Court of issues raised by the collateral attack will take six months.

(2) Plaintiff's motion for recognition of foreign judgment ("Plaintiff's Motion") and defendant's motion to dismiss the first amended complaint ("Defendant's Motion"), both currently scheduled for hearing before this Court on November 26, 2008, at 9:00 a.m, are to be withdrawn. ~~taken off calendar~~.

(3) The Initial Case Management Conference set for December 11, 2008, and the Joint Case Management Statement due on December 4, 2008, are to be taken off calendar.

A case management conference shall be held on February 11, 2009, or as soon thereafter as the Court may set the date, the purpose of which will be to update the Court on the status of proceedings in Mexico. No Joint Case Management Statement shall be required.

(4) Upon conclusion of proceedings currently under way in Mexico, either party shall notify the Court of the result and the Stay will be dissolved. Upon dissolution of the Stay, either party may re-calendar the hearing on its motion by filing with the Court and serving on the other party a notice of its motion with the new hearing date. Any further briefing related to Plaintiff's Motion or Defendant's Motion shall be filed and served in accordance with rules of this Court.

The parties further stipulate that good cause exists, as detailed in the Declaration of Phillip K. Wang, for entry of a Stay of these proceedings.

IT IS SO STIPULATED.

Dated: November 12, 2008         GORDON & REES LLP


                                 By: /s/ Phillip K. Wang
                                     Phillip K. Wang
                                     Attorneys for Plaintiff
                                     Punto Omega S.A. de C.V.

Dated: November 12, 2008         LAW OFFICES OF MATTANIAH EYTAN


                                 By: /s/ Mattaniah Eytan
                                     Mattaniah Eytan
                                     Attorneys for Defendant
                                     Juan Roberto Brittingham-Aguirre

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 13, 2008         A JOINT STATUS STATEMENT TO BE FILED EVERY 90 DAYS.


                                 _____
                                 THE HONORABLE PHYLLIS J. HAMILTON

*IT IS SO ORDERED — Judge Phyllis J. Hamilton, United States District Court, Northern District of California (seal)*

2

STIPULATION AND [PROPOSED] ORDER                                CASE NO. 08-CV-03190-PJH

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111