```
 1  MATTANIAH EYTAN (State Bar No. 68561)
    HOWARD UNDERWOOD (State Bar No. 191175)
 2  LAW OFFICES OF MATTANIAH EYTAN
    21 Tamal Vista Blvd., Suite 219
 3  Corte Madera, CA 94925
    office@eytanlaw.com
 4  Telephone: (415) 399-1000
    Facsimile:  (415) 399-1088
 5
    Attorney for Defendant John Robert Brittingham-Aguirre
 6
    FLETCHER C. ALFORD (SBN: 152314)
 7  falford@gordonrees.com
    PHILLIP K. WANG (SBN: 186712)
 8  pwang@gordonrees.com
    RYAN B. POLK (SBN: 230769)
 9  rpolk@gordonrees.com
    GORDON & REES, LLP
10  275 Battery Street, Suite 2000
    San Francisco, CA 94111
11  Telephone:   (415) 986-5900
    Facsimile:   (415) 986-8054
12
    Attorneys for Plaintiff Punto Omega S.A. DE C.V.
13
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PUNTO OMEGA S.A. DE C.V., a Mexican Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JUAN ROBERTO BRITTINGHAM-AGUIRRE a/k/a JOHN ROBERT BRITTINGHAM-AGUIRRE, an individual,<br><br>Defendant. | Case No. 08-CV-03190 PJH<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT** AND ORDER<br><br>Judge: Hon. Phyllis J. Hamilton |

Proceedings initiated by defendant John Robert Brittingham-Aguirre in the Mexican courts have not been concluded.

Counsel for the parties in these present proceedings before this Court are not in agreement as to the significance of those proceedings currently under way in the Mexican courts. Nevertheless, for purposes of this report, it appears prudent to continue this current stay for a further term. As soon as either or both parties conclude that cause exists for communicating with this Court with a request to terminate the stay, such initiative will be taken.

Respectfully submitted,

Date: May 13, 2009

LAW OFFICES OF MATTANIAH EYTAN

by: _____
Howard Underwood
Attorneys for Defendant
John Robert Brittingham-Aguirre

Respectfully submitted,

Date: May 13, 2009

GORDON & REES, LLP

By: _____
Fletcher C. Alford
Attorneys for Plaintiff
Punto Omega S.A. DE C.V.



A STATUS REPORT SHALL BE FILED ON OR BEFORE NOVEMBER 19, 2009.

IT IS SO ORDERED
Judge Phyllis J. Hamilton

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 275 Battery Street, Suite 2000, San Francisco, CA 94111. On May 13, 2009, I served the within documents:

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Francisco, addressed as set forth below.

☐ by placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery by FedEx as part of the ordinary business practices of Gordon & Rees LLP described below, addressed as follows:

Mattaniah Eytan, Esq.
Law Offices of Mattaniah Eytan
21 Tamal Vista Blvd., Suite 219
Corte Madera, CA 94925
Tel.: (415) 399-1000
Fax: (415) 399-1088
Email: office@eytanlaw.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 13, 2009, at San Francisco, California.

_____
Maria Deang

EBPO/1049888/6060078v.1