```
 1  Yolanda Orozco (State Bar No. 90779)
    David Kiernan (State Bar No. 215335)
 2  M. Anderson Berry (State Bar No. 262879)
    JONES DAY
 3  555 California Street, 26th Floor
    San Francisco, CA  94104
 4  Telephone:   (415) 626-3939
    Facsimile:   (415) 875-5700
 5  yorozco@jonesday.com
    dkiernan@jonesday.com
 6  aberry@jonesday.com

 7  Attorneys for Plaintiff
    PUNTO OMEGA S.A. DE C.V.
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PUNTO OMEGA S.A. DE C.V., a Mexican Corporation, | Case No. 08-CV-03190-PJH |
|---|---|
| Plaintiff, | **SUBSTITUTION OF ATTORNEYS AND ORDER** |
| v. | |
| JUAN ROBERTO BRITTINGHAM-AGUIRRE a/k/a JOHN ROBERT BRITTINGHAM-AGUIRRE, an individual | |
| Defendant. | |

PLEASE TAKE NOTICE that, as of September 2, 2009 the law firm of Jones Day is hereby substituted for Gordon & Rees LLP and Duane Morris LLP as attorneys of record in this action for Plaintiff Punto Omega S.A. DE C.V.

Service upon the above-named Plaintiff of all papers in this action should be made to:

Yolanda Orozco, Esq.
yorozco@jonesday.com
David Kiernan, Esq.
dkiernan@jonesday.com
M. Anderson Berry, Esq.
aberry@jonesday.com
JONES DAY
555 California Street, 26th Floor

SPI-618000v1

SUBSTITUTION OF ATTORNEYS
Case No. 08-CV-03190-PJH

```
 1   San Francisco, CA  94104
     Telephone:   415.626.3939
 2   Facsimile:   415.875.5700

 3
     This substitution is consented to and approved by:
 4
                                          PUNTO OMEGA S.A. DE C.V.
     Dated: September 1, 2009
 5
 6                                        _____
                                          Eduardo M. Brittingham
 7                                        On behalf of the above-listed Plaintiff.

 8
 9   Dated:  September 2, 2009             GORDON & REES LLP

10
11                                         By: /s/
                                              _____
12                                            Fletcher C. Alford

13   We accept this substitution:

14   Dated:  September 2, 2009              JONES DAY

15
16                                          By:/s/
                                              _____
17                                            David Kiernan

                                            Counsel for Plaintiffs
18                                          PUNTO OMEGA S.A. DE C.V.

19   IT IS SO ORDERED.

20
21
     Dated: September 22, 2009
22
23
                                            _____
24                                          THE HON.                 MILTON
                                            U.S. DIST
25
26
27
28
     SFI-618000v1                                          SUBSTITUTION OF ATTORNEYS
                                        2                  Case No. 08-CV-03190-PJH
```



IT IS SO ORDERED
Judge Phyllis J. Hamilton