1  Mattaniah Eytan (State Bar No. 68561)
   Howard Underwood (State Bar No. 191175)
2  LAW OFFICES OF MATTANIAH EYTAN
   21 Tamal Vista Blvd., Suite 219
3  Corte Madera, CA 94925
   Telephone:   (415) 399-1000
4  Facsimile:   (415) 399-1088

5  Attorneys for Defendant
   JOHN ROBERT BRITTINGHAM-AGUIRRE
6

7  Yolanda Orozco (State Bar No. 90779)
   David Kiernan (State Bar No. 215335)
   M. Anderson Berry (State Bar No. 262879)
8  JONES DAY
   555 California Street, 26th Floor
9  San Francisco, CA  94104
   Telephone:   (415) 626-3939
10 Facsimile:   (415) 875-5700
   yorozco@jonesday.com
11 dkiernan@jonesday.com
   aberry@jonesday.com
12
   Attorneys for Plaintiff
13 PUNTO OMEGA S.A. DE C.V.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PUNTO OMEGA S.A. DE C.V., a Mexican Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JUAN ROBERTO BRITTINGHAM-AGUIRRE a/k/a JOHN ROBERT BRITTINGHAM-AGUIRRE, an individual<br><br>Defendant. | **Case No. 08-CV-03190-PJH**<br><br>**STIPULATION FOR DISMISSAL** AND ORDER |
|---|---|

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party waives any recovery of fees or costs.

STIPULATION FOR DISMISSAL
Case No. 08-CV-03190-PJH

1  WHEREFORE, the parties respectfully request that this Court sign and enter the following
2  Stipulated Order of Dismissal.

Respectfully submitted,

Dated: July 28, 2010        LAW OFFICES OF MATTANIAH EYTAN

By:/s/ Mattaniah Eytan
Mattaniah Eytan
Howard Under wood
On behalf of the above listed Defendant.

Respectfully submitted,

Dated: July 28, 2010        JONES DAY

By: /s/ David C. Kiernan
David C. Kiernan
On behalf of the above listed Plaintiff.

1 **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

2 Pursuant to Rule 41 of the Federal Rules of Civil Procedure, and with the consent of all
3 parties who have appeared in the action, as evidenced by the filing of the foregoing Stipulation
4 for Dismissal of Action,

5 **IT IS HEREBY ORDERED** that the above-captioned action is dismissed, with each party
6 waiving any recovery of fees or costs.

8 August  4 , 2010  _____
9 Hon. Phyllis J. Hamilton
   United States District Judge

